1  OTTO O. LEE, SBN 173987
   olee@iplg.com
2  JOHN V. MEJIA, SBN 167806
   jmejia@iplg.com
3  MARGAUX A. AVIGUETERO, SBN 244767
   maviguetero@iplg.com
4  INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, Twelfth Floor
5  San Jose, California 95113
   Telephone: (408) 286-8933
6  Facsimile: (408) 286-8932

7  Attorneys for Plaintiff
   WANGSON BIOTECHNOLOGY GROUP, INC.
8
9               THE UNITED STATES DISTRICT COURT
10             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                      OAKLAND DIVISION

| | |
|---|---|
| WANGSON BIOTECHNOLOGY GROUP, INC., | Case No.: 4:08-cv-04212-SBA |
| Plaintiff, | **STIPULATION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT CATHAY CHINESE HERBS AND [PROPOSED] ORDER** |
| v. | |
| TAN TAN TRADING CO., INC, a California Corporation, CATHAY CHINESE HERBS, form unknown, and DOES 1-100, | |
| Defendants. | |

## BACKGROUND

On September 5, 2008, Plaintiff Wangson Biotechnology Group, Inc. ("Wangson") filed its Complaint and *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Order Accelerating Discovery, and Order to Show Cause for Preliminary Injunction. (Docket Entries #1-9). On September 11, 2008, the Court denied Wangson's requests for Temporary Restraining Order, Seizure Order, and Order Accelerating Discovery, and granted an Order to Show Cause ("OSC") hearing, originally set for October 7, 2008. (Docket Entry #18).

On October 3, 2008, Defendant Cathay Chinese Herbs ("Cathay") filed an *Ex Parte* Motion requesting continuance of the OSC hearing. (Docket Entry #24). Wangson opposed a continuance.

-1-

**Stipulation for Preliminary Injunction against Defendant Cathay Chinese Herbs and [Proposed] Order**
**Case No.: 4:08-cv-04212-SBA**

(Docket Entry #25). On October 6, 2008, the Court granted a continuance of the OSC hearing to October 28, 2008. (Docket Entry #26).

On October 14, 2008, Cathay filed an Opposition to Wangson's request for preliminary injunction whereby Cathay proposed to stipulate to an inspection of its inventory prior to offering the same for sale. (Docket Entry #29). Wangson and Cathay have come to an agreement regarding a stipulated preliminary injunction.

## **STIPULATION**

Wangson and Cathay (collectively, the "Parties"), through their counsels, hereby stipulate and agree as follows:

WHEREAS, Cathay, and its officers, employees, servants, (jointly referred herein as "Cathay") are restrained and enjoined from selling or offering to sell, manufacturing, supplying, distributing, or making Liveren G and Pentagyn supplements that Wangson allege to be "counterfeit." To affect the foregoing, Cathay shall exercise good faith commercially reasonable efforts in identifying "counterfeit" Liveren G and Pentagyn supplements based on Wangson's *Ex Parte* application (lack of UV coating on the box, number of spokes on the label, etc)[1];

WHEREAS, the OSC hearing presently set for October 28, 2008 at 1:00 P.M. in the above-entitled action shall be removed off the Court's calendar;

WHEREAS, Wangson may conduct inspections of Cathay's inventory of Wangson products prior to Cathay offering Wangson products for sale, provided that said inspection does not unreasonably interfere with Cathay's ongoing business and leaves the products in a resellable condition. Cathay shall notify Wangson of all new shipments of Wangson products within 2 business days of receipt and Wangson shall have within 5 business days thereafter to conduct an inspection of the Wangson products before Cathay offers the Wangson products for sale. Wangson's counsel shall contact Cathay's counsel to arrange a mutually agreeable time for said inspection;

---

[1] For purposes of this Stipulation only, this paragraph shall not be construed as an admission that Cathay sold any "counterfeit" Wangson products, which Cathay expressly denies.

-2-

**Stipulation for Preliminary Injunction against Defendant Cathay Chinese Herbs and [Proposed] Order**
**Case No.: 4:08-cv-04212-SBA**

1  WHEREAS, Wangson may conduct inspections of Cathay's current inventory of Wangson products within 5 business days. Wangson's counsel shall contact Cathay's counsel to arrange a mutually agreeable time for said inspection;

4  WHEREAS, this Preliminary Injunction shall remain in full force and effect until mutually terminated by the Parties, or entered as a permanent injunction by stipulation of the Parties or by order of the Court;

7  NOW THEREFORE, Wangson and Cathay, through their respective undersigned counsel, hereby stipulate and request the Court to enter the Preliminary Injunction Order.

**IT IS SO STIPULATED.**

Dated: October 20, 2008

INTELLECTUAL PROPERTY LAW GROUP LLP

By: /s/ Otto O. Lee
    Otto O. Lee
    John V. Mejia
    Margaux A. Aviguetero
    Intellectual Property Law Group LLP
    12 S. First St., 12th Floor
    San Jose, California 95113
    Tel: (408) 286-8933
    Fax: (408) 286-8932
    olee@iplg.com
    jmejia@iplg.com
    maviguetero@iplg.com

Attorneys for Plaintiff
WANGSON BIOTECHNOLOGY GROUP, INC.

Dated: October 20, 2008

INTELLECTUAL PROPERTY LAW GROUP LLP

By: /s/ Richard C. J. Wahng
    Richard C. J. Wahng
    Law Offices of Richard C. J. Wahng
    152 Anza Street, Suite 201
    Fremont, California 94539
    Tel: (510) 490-4447
    Fax: (510) 490-1102
    rwahng@legal-opinion.com

Attorney for Defendant
CATHAY CHINESE HERBS

-3-

**Stipulation for Preliminary Injunction against Defendant Cathay Chinese Herbs and [Proposed] Order**
**Case No.: 4:08-cv-04212-SBA**

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

1
2 **ORDER**
3    **IT IS HEREBY ORDERED** that Plaintiff Wangson Biotechnology Group, Inc.'s and
4 Defendant Cathay Chinese Herbs' above-mentioned Stipulation and Stipulation for Preliminary
5 Injunction against Defendant Cathay Chinese Herb is GRANTED.
6
7 Dated: 10/21/08                  _____
                                                             Hon. Saundra B. Armstrong
8                                                                United States District Court Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation for Preliminary Injunction against Defendant Cathay Chinese Herbs and [Proposed] Order**
**Case No.: 4:08-cv-04212-SBA**

# CERTIFICATE OF SERVICE

I certify that on October 14, 2008, the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order 45. As such, this document was served on all counsel who are deemed to have consented to electronic service.

By: /s/ Margaux A. Aviguetero
Margaux A. Aviguetero

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

-5-

**Stipulation for Preliminary Injunction against Defendant Cathay Chinese Herbs and [Proposed] Order**
**Case No.: 4:08-cv-04212-SBA**