**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WANGSON BIOTECHNOLOGY GROUP, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>TAN TAN TRADING CO., Inc. a California corporation, *et al.*,<br><br>          Defendants. | No. C 08-04212 SBA<br><br>**ORDER** |

Given that plaintiff has voluntarily dismissed with prejudice defendant Tan Tan Trading Co., Inc., Docket No. 30, and that plaintiff has stipulated to a preliminary injunction with defendant Cathay Chinese Herbs, Docket No. 32, the hearing for an Order to Show Cause regarding issuing a preliminary injunction against these defendants, set for October 28, 2008, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California 94612, is VACATED.

IT IS SO ORDERED.

October 21, 2008

_____
Saundra Brown Armstrong
United States District Judge