1  OTTO O. LEE, SBN 173987
   olee@iplg.com
2  JOHN V. MEJIA, SBN 167806
   jmejia@iplg.com
3  MARGAUX A. AVIGUETERO, SBN 244767
   maviguetero@iplg.com
4  INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, Twelfth Floor
5  San Jose, California 95113
   Telephone: (408) 286-8933
6  Facsimile: (408) 286-8932

7  Attorneys for Plaintiff
   WANGSON BIOTECHNOLOGY GROUP, INC.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WANGSON BIOTECHNOLOGY GROUP, INC., | Case No.: 4:08-cv-04212-SBA |
|---|---|
| Plaintiff, | **AMENDED STIPULATION OF DISMISSAL OF DEFENDANT CATHAY CHINESE HERBS, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1) AND [PROPOSED] ORDER** |
| v. | |
| TAN TAN TRADING CO., INC, a California Corporation, CATHAY CHINESE HERBS, form unknown, and DOES 1-100, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Wangson Biotechnology Group, Inc. ("Wangson") and Defendant Cathay Chinese Herbs ("Cathay") hereby stipulate and jointly request that the Court dismiss Wangson's claims against Cathay, *with prejudice*. Wangson and Cathay jointly declare the following in support of this request:

WHEREAS the above-captioned action (the "Action") was commenced on September 5, 2008 and Wangson served its original Complaint on Cathay on September 12, 2008.

WHEREAS Wangson and Cathay have entered into a settlement agreement on October 25, 2008, resolving all of the claims against Cathay in the Action.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by Wangson and Cathay, and through their counsel of record, that Wangson's claims against Cathay be dismissed with

-1-

prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. In accordance with the Agreement, Wangson and Cathay also request that this Court retain and have exclusive jurisdiction over Wangson and Cathay with respect to disputes arising under the Agreement, and further agree that any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

IT IS FURTHER STIPULATED and agreed by Wangson and Cathay, and through their counsel of record, that Wangson and Cathay are to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: December 12, 2008     INTELLECTUAL PROPERTY LAW
                             GROUP LLP


                             By:     /s/ Otto O. Lee
                                  Otto O. Lee
                                  John V. Mejia
                                  Margaux A. Aviguetero
                                  Intellectual Property Law Group LLP
                                  12 S. First St., 12th Floor
                                  San Jose, California 95113
                                  Tel: (408) 286-8933
                                  Fax: (408) 286-8932
                                  olee@iplg.com
                                  jmejia@iplg.com
                                  maviguetero@iplg.com

                                  Attorneys for Plaintiff
                                  WANGSON BIOTECHNOLOGY
                                  GROUP, INC.

Dated: December 12, 2008     LAW OFFICES OF RICHARD C.J. WAHNG


                             By:     /s/ Richard C. J. Wahng
                                  Richard C. J. Wahng
                                  Law Offices of Richard C. J. Wahng
                                  152 Anza Street, Suite 201
                                  Fremont, California 94539
                                  Tel: (510) 490-4447
                                  Fax: (510) 490-1102
                                  rwahng@legal-opinion.com

                                  Attorney for Defendant
                                  CATHAY CHINESE HERBS

**Amended Stipulation of Dismissal of Defendant Cathay Chinese Herbs, With Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) and [Proposed] Order**
**Case No.: 4:08-cv-04212-SBA**

## ORDER

Having considered Plaintiff Wangson Biotechnology Group, Inc.'s and Defendant Cathay Chinese Herb's Amended Stipulation of Dismissal of Defendant Cathay Chinese Herbs, with Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) ("Amended Stipulation of Dismissal"), and for good cause appearing, it is hereby **ORDERED** that this Action is dismissed with prejudice as to Defendant Cathay Chinese Herbs.

**IT IS FURTHER ORDERED** that the Court shall retain and have exclusive jurisdiction over Plaintiff Wangson Biotechnology Group, Inc. and Defendant Cathay Chinese Herbs with respect to disputes arising under the Agreement, and any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiff Wangson Biotechnology Group, Inc. and Defendant Cathay Chinese Herbs bear their own attorneys' fees and costs.

Dated: 12/15/08

*/s/ Saundra B. Armstrong*

THE HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

**Amended Stipulation of Dismissal of Defendant Cathay Chinese Herbs, With Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) and [Proposed] Order**
**Case No.: 4:08-cv-04212-SBA**

# CERTIFICATE OF SERVICE

I certify that on December 12, 2008, the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order 45. As such, this document was served on all counsel who are deemed to have consented to electronic service.

By: /s/ Margaux A. Aviguetero

Margaux A. Aviguetero

-4-

**Amended Stipulation of Dismissal of Defendant Cathay Chinese Herbs, With Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) and [Proposed] Order**
**Case No.: 4:08-cv-04212-SBA**